IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO: 3:16-CV-0860 |
| Approximately 36 Western Union Money ) | |
| Orders totaling $18,000.00, and ) | |
| ) | |
| Approximately 2 Money Gram Money ) | |
| Orders Totaling $2,000.00. ) | |

## DEFAULT JUDGMENT

THIS MATTER is before the Court on the government's Motion for Default Judgment (#7). A default having been entered against Defendant property and Claimants and counsel for the United States having now requested judgment by default all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure; Judgment by default is rendered in favor of Plaintiff, the United States of America. The Court declares that the United States is the lawful owner of the subject property Defendants approximately 36 Western Union Money Orders totaling $18,000.00 and approximately 2 Money Gram Money Orders totaling $2,000.00.

Signed: July 12, 2017

Max O. Cogburn Jr.
United States District Judge

1